IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LUKE A. WEGMANN, | |
| *Plaintiff,* | |
| v. | Civil Case No. 3:22-cv-02406-NJR |
| TRUSTEES OF JOHN A. LOGAN COLLEGE, *et al.*, | |
| *Defendants.* | |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Plaintiff moves for default judgment under Fed. R. Civ. P. 55(b)(2) and SDIL-LR 55.1. Defendants filed a motion to dismiss Plaintiff's complaint under Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction on March 10, 2023. (Doc. 55). Plaintiff filed a timely response. (Doc. 56). The Court denied Defendants' motion on May 10th. (Doc. 57).

Under Rule 12(a)(4)(A), after the Court denied Defendants' motion to dismiss, Defendants were required to serve a responsive pleading to Plaintiff's complaint, within 14 days after notice of the Court's action. Accordingly, Defendants were required to file a responsive pleading no later than May 24, 2023, but failed to do so. The undersigned sent opposing counsel a courtesy email on June 1st regarding the default status.

Plaintiff requests the Court set this matter for a hearing and for all just and proper relief.

Respectfully submitted,

/s/ *Michael J. Cork*
Michael J. Cork, Esq.
IL ARDC 0518395
5754 N. Delaware Street
Indianapolis, Indiana 46220-2528
317-517-4217
email: cork0@icloud.com
Attorney for Plaintiff, Luke A. Wegmann

## CERTIFICATE OF SERVICE

I certify that on this 13th day of June, 2023, an accurate copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Michael J. Cork*
Michael J. Cork