IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LUKE A. WEGMANN,<br><br>      Plaintiff,<br><br>v.<br><br>TRUSTEES OF JOHN A. LOGAN COLLEGE, *et al.*,<br><br>      Defendants. | Case No. 3:22-CV-2406-NJR |
| TRUSTEES OF JOHN A. LOGAN COLLEGE, *et al.*,<br><br>      Third-Party Plaintiffs,<br><br>v.<br><br>BLESSING CORPORATE SERVICES, INC., d/b/a BLESSING HEALTH SYSTEM,<br><br>      Third-Party Defendant. | |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of November 16, 2023 (Doc. 96), reflecting settlement between the parties, and the Stipulation of Dismissal with Prejudice filed on December 27, 2023 (Doc. 97), this entire action is **DISMISSED with prejudice** with each party bearing its own fees and costs.

DATED: December 28, 2023

MONICA A. STUMP,
Clerk of Court

By:   s/ *Deana Brinkley*
       Deputy Clerk

APPROVED: /s/ Nancy J. Rosenstengel
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**